# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DEBBIE TRAD,

    Plaintiff,

v.                                              Case No.  8:10-cv-2024-T-30MAP

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Unopposed Motion to Dismiss with Prejudice (Dkt. #7).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Unopposed Motion to Dismiss with Prejudice (Dkt. #7) is GRANTED.

2. This cause is dismissed with prejudice, with each party to bear her/its own attorney's fees and costs.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on December 28, 2010.

                                                        JAMES S. MOODY, JR.
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-2024.dismiss 7.wpd